SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ANDREW Y.S. CHENG (SBN 164613)
Assistant United States Attorney

    450 Golden Gate Avenue,10th Floor
    San Francisco, California 94102-3495
    Telephone:   (415) 436-6813
    Facsimile:    (415) 436-6748
    Email:       andrew.cheng@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| E.K. WADE, | ) | No. C 07-4160 MJJ |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER DISMISSING COMPLAINT** |
| v. | ) | |
| | ) | |
| ELAINE CHAO, SECRETARY OF LABOR, ET AL. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

     The parties stipulate to the dismissal of all claims in the above-captioned case. On August 29, 2007, this Court ordered this action consolidated with action C 06-4725 MJJ. On August 31, 2007, plaintiff filed a notice of voluntary dismissal.

     On December 28, 2007, this Court dismissed C 06-4725 MJJ by stipulation of the parties. The dismissal of the C 07-4160 MJJ action is without prejudice to the currently filed action – *Wade v. Chao*, 08-00001 MJJ.

                                          Respectfully submitted,

                                          JOSEPH P. RUSSONIELLO
                                          United States Attorney

Dated: January 23, 2008                              /s/

                                          ANDREW Y.S. CHENG
                                          Assistant United States Attorney

Dated: January 23, 2008                         _____/s/_____

                                                E.K. Wade, Plaintiff

**~~PROPOSED~~ ORDER**

The Court, having considered the stipulation of the parties, dismisses plaintiff's complaint in the action – *E.K. Wade v. Elaine Chao*, C 07-4160 MJJ and closes this action.

IT IS SO ORDERED.

DATED: 1/23/2008

_____
HONORABLE MARTIN J. JENKINS
U.S. DISTRICT COURT JUDGE